**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7377**

———————————

JOHN GAYDEN, a/k/a Deshawn Monroe,

                              Plaintiff - Appellant,

    versus

THE BALTIMORE CITY POLICE DEPARTMENT; UNKNOWN
BALTIMORE OFFICERS,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-03-337-1-WDQ)

———————————

Submitted:  January 30, 2004        Decided:  March 11, 2004

———————————

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Gayden, Appellant Pro Se.  Peter Saar, BALTIMORE CITY POLICE
DEPARTMENT, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Gayden appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint and denying his motion to reconsider pursuant to Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] See Gayden v. Baltimore City Police Dep't, No. CA-03-337-1-WDQ (D. Md. July 1, 2003; August 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Because we find no basis to overturn the district court's conclusion that Gayden's suit was barred by the running of the applicable statute of limitations, we agree with the court that an amendment to the complaint to add individually-named defendants would have been futile.